Clerk's Office
Filed Date: 7/21/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

RCH
F.# 2018R01309

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

   - against -

RASHID SULTAN RASHID AL MALIK
ALSHAHHI,
   also known as "Rashid Al Malik"
   and "Rashid Al-Malik,"
THOMAS JOSEPH BARRACK and
MATTHEW GRIMES,

        Defendants.

------------------------------X

O R D E R

CR 21-371 (BMC)

Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ryan C. Harris, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           7/20, 2021

                                             s/Robert M. Levy
                                          HONORABLE ROBERT M. LEVY
                                          UNITED STATES MAGISTRATE JUDGE
                                          EASTERN DISTRICT OF NEW YORK