

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. #2018R01309

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2021

By E-mail

The HONORABLE ROBERT M. LEVY
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Rashid Sultan Rashid Al Malik Alshahhi, et al.
             Criminal Docket No. 21-371 (BMC)

Dear Judge Levy:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

      Respectfully submitted,

      JACQUELYN M. KASULIS
      Acting United States Attorney

By:    /s/
      Ryan C. Harris
      Assistant U.S. Attorney
      (718) 254-6489

Enclosure

cc:    Clerk of Court (by ECF)