

O'Melveny & Myers LLP  
1999 Avenue of the Stars  
8th Floor  
Los Angeles, CA 90067-6035  

T: +1 310 553 6700  
F: +1 310 246 6779  
omm.com  

October 14, 2021

**Daniel M. Petrocelli**  
D: +1 310 246 6850  
dpetrocelli@omm.com  

**VIA ECF**

The Honorable Brian M. Cogan  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201  

**Re:  United States v. Thomas J. Barrack**  
**Criminal Docket No. 1:21-CR-371-2 (BMC)**

Dear Judge Cogan:

We represent defendant Thomas J. Barrack, Jr., and we respectfully request that the status conference scheduled for November 2, 2021 at 11:30 am be held in person instead of by Zoom. We have consulted with counsel for the government and defendant Matthew Grimes and they do not object to our request.

Respectfully submitted,


*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli  
James A. Bowman  
Nicole M. Argentieri  
Partners  
of O'MELVENY & MYERS LLP