UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

──────────────────────────────── x
                                 :
UNITED STATES OF AMERICA         :
                                 :
     v.                          :     Case No. 1:21-cr-00371-BMC-TAM-3
                                 :
RASHID SULTAN RASHID AL MALIK    :
ALSHAHHI, THOMAS JOSEPH BARRACK, :     **NOTICE OF APPEARANCE**
and MATTHEW GRIMES,              :
                                 :
                   Defendants.   :
                                 :
──────────────────────────────── x

PLEASE TAKE NOTICE that the undersigned attorney, Abbe David Lowell, of Winston & Strawn LLP, hereby appears as counsel of record for Defendant Matthew Grimes in the above-captioned action and further requests that copies of all papers in this action be served upon the undersigned. I hereby certify that I am admitted to practice in this Court.

Dated:  New York, New York
        October 22, 2021

Respectfully submitted,

s/ *Abbe David Lowell*
Abbe David Lowell
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel.: (202) 282-5875
Fax: (202) 282-5100
adlowell@winston.com

*Attorney for Defendant Matthew Grimes*