Attachment A

1. Defendant is permitted to travel within any district of the United States with prior approval from Pretrial Services.

2. Defendant shall have no contact with the first named defendant in Eastern District of New York matter No. l:21-cr-00371(BMC)(TAM), or with any officials of the United Arab Emirates or the Kingdom of Saudi Arabia or their known associates. Defendant shall have no contact with the second named defendant in Eastern District of New York matter No. 1:2l-cr-00371(BMC)(TAM), other than in the company of their respective counsel.

3. Defendant has surrendered his passport to Pretrial Services on July 23, 2021. He shall not apply for any passport or travel document during the pendency of this case.

4. Defendant shall travel only by road, train, or common air carrier.

5. Defendant shall not engage in any domestic financial transactions in excess of $100,000 (excepting normal and customary payment of attorneys' fees and including but not limited to any transactions involving publicly held securities of any description) without prior written notice to the government.

6. Defendant shall not engage in any foreign financial transactions in excess of $100,000 without prior written notice to the government, except he may not engage in any financial transactions with any counterparty in the United Arab Emirates, the Kingdom of Saudi Arabia, or the State of Qatar (excepting transactions involving entities not located in those countries, but which have investors from the United Arab Emirates, the Kingdom of Saudi Arabia, or the State of Qatar).