

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/SPN/HDM
F. #2018R01309

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 29, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Rashid Sultan Rashid Al Malik Alshahhi, et al.
     Criminal Docket No. 21-371 (BMC)

Dear Judge Cogan:

  The parties respectfully submit this proposed joint agenda for the status conference in the above-captioned matter scheduled for November 2, 2021 at 11:30 a.m.

- Production of Rule 16 Material:  The government continues to produce discoverable material to the defendants on a rolling basis pursuant to Federal Rule of Criminal Procedure 16.  Since the last status conference in this matter, the government has made approximately ten additional productions totaling more than 400,000 files.  Substantial discoverable material remains to be produced.  The government will endeavor to substantially complete the production of discoverable material currently in its possession by the next status conference.

- Classified Information Procedures Act (CIPA):  On October 29, 2021, the government filed a motion for a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. App. 3, §§ 1-16 ("CIPA").  The government does not request that the Court set a pretrial conference date at this time, as such a conference may still be premature.

- Complex Case Designation:  The government respectfully requests that the Court designate this case as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the need to conduct CIPA litigation in this matter, as well as the volume of Rule 16 discovery.  The defendants consent to this request.

- Conditions of Release:  Defendant Matthew Grimes seeks the modification of his conditions of release and has addressed this request in a separate filing.  See Dkt. No.

53. The government consents to several of the proposed modifications, but objects to the requested removal of GPS monitoring. The government will address this issue in a separate filing in advance of the status conference.

- <u>Motions</u>: At the next status conference, counsel for Mr. Barrack anticipates asking the Court to set a briefing schedule for motions to dismiss the indictment.

- <u>Next Status Conference:</u> The parties respectfully request that the Court schedule the next status conference approximately 60 days from the date of the status conference set for November 2, 2021.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

By:    /s/
          Ryan C. Harris
          Samuel P. Nitze
          Hiral D. Mehta
          Assistant U.S. Attorneys
          (718) 254-7000

cc:    Counsel for Thomas Joseph Barrack (by ECF)
      Counsel for Matthew Grimes (by ECF)
      Clerk of the Court (BMC) (by ECF)