**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

———————————————————— x
                                                    :
UNITED STATES OF AMERICA           :
                                                    :
        v.                                          :        Case No. 1:21-cr-00371 (BMC)
                                                    :
RASHID SULTAN RASHID AL MALIK   :
ALSHAHHI, THOMAS JOSEPH BARRACK,  :        **NOTICE OF APPEARANCE**
and MATTHEW GRIMES,                    :
                                                    :
                    Defendants.               :
                                                    :
———————————————————— x

        PLEASE TAKE NOTICE that the undersigned attorney, Andrew E. Tauber, of

Winston & Strawn LLP, hereby appears as counsel of record for Defendant Matthew Grimes

in the above-captioned action and further requests that copies of all papers in this action be

served upon the undersigned.  I hereby certify that I am admitted to practice in this Court.


Dated:  February 1, 2022                          Respectfully submitted,

                                                          s/  *Andrew E. Tauber*
                                                          Andrew E. Tauber
                                                          WINSTON & STRAWN LLP
                                                          1901 L Street, NW
                                                          Washington, DC 20036
                                                          Tel.: (202) 282-5288
                                                          Fax: (202) 282-5100
                                                          ATauber@winston.com

                                                          *Attorney for Defendant Matthew Grimes*