

North America  Europe  Asia

1901 L Street, NW
Washington, DC 20036
T +1 202 282 5000
F +1 202 282 5100

**ABBE DAVID LOWELL**
Partner
202-282-5875
ADLowell@winston.com

May 25, 2022

**VIA ECF**
Honorable Brian M. Cogan
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Al Malik Alshahhi, et. Al.</u>, No. 1:21-cr-00371 (BMC)

Dear Judge Cogan:

      Defendant Matthew Grimes filed a number of pending motions in connection with the original indictment in this case. *See* Dkt. 71 (Motion to Dismiss the Indictment), Dkt. 70 (Motion for Grand Jury Screening Records), Dkt. 84 (Reply in further support of the Motion to Dismiss), Dkt. 85 (Reply in further support of Motion for Grand Jury Screening Records), and Dkt. 91 (Letter joining Sections I, II and IV of Thomas J. Barrack's motion to compel discovery, Dkt. 89). On behalf of Mr. Grimes, we respectfully write to renew the existing motions to dismiss the counts against him in the superseding indictment (Dkt. 105, filed on May 16, 2022), and note that the government's additional allegations in paragraphs 96 – 110 in the superseding indictment, in the section titled "The Defendants' Efforts to Obtain Investments from United Arab Emirates Sovereign Wealth Funds," only strengthen the arguments previously briefed on the "legal commercial transaction" exception. *See* Dkt. 71 at 8–10; Dkt. 84 at 6–8.

      We appreciate the Court's consideration on this issue.

Respectfully,

/s/ *Abbe David Lowell*

| | |
|---|---|
| Abbe David Lowell | Sofia Arguello |
| Christopher D. Man | Johanna Rae Hudgens |
| Andrew E. Tauber | WINSTON & STRAWN LLP |
| WINSTON & STRAWN LLP | 200 Park Avenue |
| 1901 L Street, NW | New York, NY 10166 |
| Washington, DC 20036 | SArguello@winston.com |
| ADLowell@winston.com | 212-294-6700 (ph) |
| 202-282-5000 (ph) | 212-294-4700 (fax) |
| 202-282-5100 (fax) | |

*Counsel for Defendant Matthew Grimes*



May 25, 2022
Page 2

cc: All counsel of record (via ECF)