RCH/SPN/HDM/CRH/MJM
F. #2018R01309

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

RASHID SULTAN RASHID AL MALIK ALSHAHHI,
    also known as "Rashid Al Malik"
    and "Rashid Al-Malik,"
THOMAS JOSEPH BARRACK and
MATTHEW GRIMES,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO BE FILED EX PARTE, IN CAMERA AND UNDER SEAL

No. 21-CR-371 (S-1) (BMC)

GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED,
EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO
SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

BREON PEACE
United States Attorney
Eastern District of New York

RYAN C. HARRIS
SAMUEL P. NITZE
HIRAL D. MEHTA
CRAIG R. HEEREN
Assistant U.S. Attorneys
    (Of Counsel)

MATTHEW G. OLSEN
Assistant Attorney General
National Security Division
U.S. Department of Justice

MATTHEW J. MCKENZIE
Trial Attorney, Counterintelligence
and Export Control Section
    (Of Counsel)