

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/SPN/HDM/CRH
F. #2018R01309

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 19, 2022

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Rashid Sultan Rashid Al Malik Alshahhi, et al.
             Criminal Docket No. 21-371 (S-1) (BMC)

Dear Judge Cogan:

        The government respectfully writes in response to the Court's scheduling order entered on July 15, 2022. <u>See</u> Minute Entry dated July 15, 2022. In their letter to the Court dated May 23, 2022, the parties advised the Court that they had jointly agreed to submit proposed juror questionnaires on August 1, 2022. <u>See</u> Dkt. No. 107. At the subsequent status conference, the Court adopted the parties agreed-upon schedule. <u>See</u> Minute Entry dated May 24, 2022. In its most recent scheduling order, the Court indicated that prospective jurors are to complete questionnaires on August 1, 2022, the date that the parties had proposed to submit their draft juror questionnaires for the Court's consideration. The government therefore respectfully requests

clarification from the Court as to the date by which the parties should submit their proposed juror questionnaires.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

By:    /s/ Hiral D. Mehta
       Ryan C. Harris
       Samuel P. Nitze
       Hiral D. Mehta
       Craig R. Heeren
       Assistant U.S. Attorneys
       (718) 254-7000

       MATTHEW G. OLSEN
       Assistant Attorney General
       Department of Justice
       National Security Division

By:    /s/ Matthew J. McKenzie
       Matthew J. McKenzie
       Trial Attorney

cc:    Counsel for Thomas Joseph Barrack (by ECF)
      Counsel for Matthew Grimes (by ECF)
      Clerk of the Court (BMC) (by ECF)