UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA

      -  against -          21 CR 371 (S-1) (BMC)

THOMAS JOSEPH BARRACK and
MATTHEW GRIMES,

                 Defendants.

-----------------------------------------------------X

**THE HONORABLE BRIAN M. COGAN**
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

## THIS PAGE IS THE QUESTIONNAIRE COVER SHEET. PLEASE TAKE OFF THIS PAGE AND TAKE IT WITH YOU.

**After submitting this form, please CALL the below telephone number on _____ __, 2022, after __:__ p.m.  Upon calling, you will receive instructions about the date on which you are to report back to court.  It is extremely important that you know the juror number written on the top of this form when you make your call.  Thank you.**

Phone number:  1-800-522-5100

Date to Call:  _____ __, 2022

Time to Call:  After __:__ p.m.

### JUROR QUESTIONNAIRE

**THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE**

Please print the following information:

Name: _____

Home Address: _____

_____

Home Phone: _____

Cellular Phone: _____

Job Title & Department: _____

Business Address: _____

_____

Business Phone (Including Extensions): _____

I hereby declare, under penalty of perjury, that the foregoing information, and all of the answers in this questionnaire, are true, correct, and complete to the best of my knowledge.

Date: _____ _____

SIGNATURE

**United States v. Thomas Joseph Barrack, et al., No. 21 CR 371 (S-1) (BMC)**

JUROR QUESTIONNAIRE TO THE PROSPECTIVE JUROR

Welcome to the courthouse and thank you for participating in jury service. This questionnaire is an important part of the jury selection process. You are sworn to give complete and truthful answers – under penalty of perjury – to the questions which follow. The Court directs that you shall not discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else. It is important that the answers you provide are yours and yours alone. Although some of the questions may appear to be of a personal nature, please understand that these questions will help the parties and the Court select a fair and impartial jury.  Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.  Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics. We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no right or wrong answers to these questions.  All the information you provide will be kept confidential and only viewed by the Judge, the Court Clerk's Office and members of the prosecution and defense teams.

**From this point forward, the Court further directs you not to read or listen to any news about this case including all media sources such as TV, radio, newspaper, on-line sites, blogs, social media, Google searches, etc. You are not to discuss this case with anyone, including your family. You are directed not to research this case or the people involved– including any of the facts presented in this questionnaire, any prior court proceedings, the defendant, the lawyers or the judge through any resource, including the Internet, media publications or any other source of information.**

In filling out this questionnaire, please:

- Write in dark ink and as legibly as possible.
- Write your juror number on the top of each page.
- Take your time and answer each question fully.
- Do not write on the back of any page.
- If you need extra space, continue at the end of the questionnaire.  Include the question number you are answering.
- Do not leave any question unanswered. If there is a question you are unable to answer or do not know the answer, write "DK."  If the question is not applicable to you, write "N/A."

Jury service is one of the most important duties a citizen can be called upon to perform. Thank you for fulfilling your civic duty by responding completely and honestly during jury selection. The integrity of the process depends on your truthfulness. Your participation and cooperation in this process is appreciated.

Hon. Brian M. Cogan, United States District Court Judge

**United States v. Thomas Joseph Barrack, et al.**
**No. 21 CR 371 (S-1) (BMC)**

CASE SUMMARY

The defendants Thomas Joseph Barrack and Matthew Grimes are charged with acting as agents of a foreign government, specifically the United Arab Emirates, without prior notification to the Attorney General, in violation of Title 18, United States Code, Sections 951(a) and 2, as well as with conspiracy to act as unregistered agents of a foreign government, specifically the United Arab Emirates, in violation of Title 18, United States Code, Section 371. Mr. Barrack is also charged with obstruction of justice, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2, and with making materially false statements, in violation of Title 18, United States Code, Section 1001(a)(2). These are only allegations. Mr. Barrack and Mr. Grimes have denied the charges and have pleaded not guilty. The United States must prove each charge against Mr. Barrack and Mr. Grimes beyond a reasonable doubt. Mr. Barrack and Mr. Grimes are presumed innocent of all charges.

This information is just a summary of the charges to give you some background on the case. The Court will instruct the jury as to the elements of the crimes charged and the applicable law during trial.

**Juror # _____**

<u>BACKGROUND QUESTIONS</u>

1. Name: _____

2. Age: _____

3. Sex: _____

4. What is your current relationship status (check all that apply)?

   ❏ Married _____ years      ❏ Divorced
   ❏ Separated                     ❏ Widowed
   ❏ Single, never married      ❏ Single, living with another person as a couple
   ❏ Other: _____

5. Place of Birth: _____

6. Where were you raised?

   _____

7. Where were your parents born and raised?

   <u>Father</u>                                      <u>Mother</u>

   Born _____      Born _____

   Raised _____      Raised _____

8. Are you a citizen of the United States? ❏ Yes     ❏ No

9. Are you a citizen of any other country? ❏ Yes     ❏ No

   If yes, please list:
   _____

10. Do you have any difficulty reading, understanding, or speaking English?

            ❏ Yes     ❏ No

    If yes, please explain: _____

    _____

11. Do you read, write or understand Arabic? ❏ Yes ❏ No

    If yes, would you have any difficulty relying solely on a translator's translation of Arabic? ❏ Yes ❏ No

12. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

       ❑ Yes      ❑ No

If yes, please describe:

_____

_____

_____

If you feel that you could serve with accommodations, please indicate those accommodations:

_____

_____

_____

13. Where do you live?

    ❑ Brooklyn  ❑ Queens  ❑ Staten Island  ❑ Nassau  ❑ Suffolk

City/Town _____    Neighborhood (if any) _____

14. How long have you lived at your current residence? _____

15. Do you own or rent your home? _____

16. Who lives in your home with you (please be specific as to each person)?

_____

17. What other neighborhoods or states have you lived in over the past 10 years? **[Please do not list any specific addresses.]**

_____

_____

_____

18.  Have you ever lived in another country?   ❑ Yes  ❑ No

Country                  Dates of residence                    Reason

_____          _____          _____

_____          _____          _____

_____          _____          _____

19.  Have you ever traveled outside of the United States?   ❑ Yes   ❑ No

If yes, please describe where and approximately when:

_____

_____

_____

_____

20.  If you have children, please state:

Sex        Age        Education Level        Occupation        Place of Residence

_____

_____

_____

_____

21.  What is the highest level of education you completed?  _____

22.  If you attended college or graduate school, what did you study?

_____

23.  Do you hold any professional licenses? If so, please list:

_____

24. Have you, a family member or anyone close to you ever had, applied for, or planned to seek any education, training, employment or volunteer experience in the following areas (please check all that apply):

| | | |
|---|---|---|
| Corrections/Jails/Prisons | ❏ Myself | ❏ Family/Friend |
| Courts/Probation/Parole | ❏ Myself | ❏ Family/Friend |
| Criminal Justice/Criminology | ❏ Myself | ❏ Family/Friend |
| International Relations/Foreign Service | ❏ Myself | ❏ Family/Friend |
| Forensic Science/Crime Scene Investigation | ❏ Myself | ❏ Family/Friend |
| Human Behavior/Psychology/Sociology | ❏ Myself | ❏ Family/Friend |
| Islamic Studies/Law | ❏ Myself | ❏ Family/Friend |
| Journalism/Media/Communications | ❏ Myself | ❏ Family/Friend |
| Law/Legal Field | ❏ Myself | ❏ Family/Friend |
| Law Enforcement (local, state, federal) | ❏ Myself | ❏ Family/Friend |
| Marketing/Persuasion/Advertising | ❏ Myself | ❏ Family/Friend |
| Middle Eastern Studies/History | ❏ Myself | ❏ Family/Friend |
| Security/Intelligence | ❏ Myself | ❏ Family/Friend |
| Lobbying/Politics | ❏ Myself | ❏ Family/Friend |

If yes to any of above, please state the nature of the education, training, work or volunteer experience, location, dates of participation/employment, name of organization and, if other than yourself, please state the person(s) relationship to you:

_____

_____

_____

_____

_____

If a relative or close friend has been or is employed by a law enforcement agency, have you discussed his or her work? If so, in what level of detail? (For example, "discussed generally," or "discussed his work frequently.")

_____

_____

_____

25. Have you or any immediate family member ever participated in any group that lobbies or takes public positions on social, political, or legal issues?

    ❑ Yes    ❑ No

    If yes, please offer a general description of the group and its work without naming the group.

    _____

    _____

    Would that experience prevent you from evaluating the evidence in this case in a fair and impartial manner?

    ❑ Yes    ❑ No

    If yes, please explain:

    _____

    _____

    _____

26. What is your current job status? **(Please check all that apply)**

    ❑ Employed full-time              ❑ Self-employed

    ❑ Employed part-time              ❑ Unemployed/laid off

    ❑ Have more than one job          ❑ Disabled/unable to work

    ❑ Stay at home parent             ❑ Volunteer with charitable organization

    ❑ Retired       For how long? _____

    ❑ Student    ❑ Full-time  ❑ Part-time   Area of Study: _____

27. If you are currently a student, what is your area of study? _____

28.  Occupation Information
     **(If you are currently not employed, please describe your most recent employment)**

    (a)     What is your occupation (or what was it, if not currently employed)?

    _____

    (b)     How long have (did) you work at your present job? _____

    (c)     Please describe the nature of your job: _____

    (d)     Do, or did, you supervise other people? If so, how many? _____

29.  If you are retired or unemployed, how long have you been retired or unemployed?

_____

30.  What other types of jobs have you held throughout your life?

_____

_____

31.  Does anyone else in your household work outside the home? If yes, please provide the nature of the relationship (for example, spouse or child) and the type of work he or she does.  If the individual is retired or not employed, please indicate and describe the type of work he or she did during his or her last period of employment.  **(Please do not name any employer)**

_____

_____

32.  What are/were your parents' occupations? If retired or deceased, what did they do?

Mother: _____    Father: _____

33.  Have you or an immediate family member ever served in the military (including the reserves, National Guard or ROTC)?

    ❑ Yes, myself    ❑ Yes, family, please specify: _____
    ❑ No

If yes, please indicate the branch of service, highest rank, dates of service, foreign stations or tours, type of discharge, duties and any special training or honors received:

_____

_____

_____

34. Have you, a family member or anyone close to you ever been employed, volunteered or had any other affiliation with any aspect of criminal prosecutions or criminal defense work or applied or planned to apply to do so?

    ❏ Yes, Criminal Prosecution      ❏ Yes, Criminal Defense      ❏ No

    If yes, please indicate the person's relationship to you, area of law, type of work/ experience, dates, and location.

    _____

    _____

    _____

35. Do you have any opinions about prosecutors or criminal defense attorneys that would impact your ability to fairly and impartially evaluate the evidence in this case?

    ❏ Yes        ❏ No

    If yes, please explain.

    _____

    _____

    _____

36. Have you ever been a juror? ❑ Yes ❑ No

    (a) If yes, please complete the chart below:

| Year of Service | State or Federal | Grand Jury or Trial Jury | Criminal or Civil | Was there a verdict? (Yes or No) **Do <u>not</u> reveal the nature of the verdict.** |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

    (b) What was the general nature of the case (for example, robbery, murder, contract, negligence, medical malpractice, etc.)?

    _____

    (c) Have you ever served as a jury foreperson? ❑ Yes ❑ No

    (d) Is there anything about your prior jury service that would affect your ability to be a fair and impartial juror in this case, would make you not want to serve again, or affect your opinion about the jury system?

        ❑ Yes ❑ No

        If yes, please explain:

        _____

        _____

        _____

## EXPERIENCES AND BELIEFS

37.     Do you have any opinions or beliefs concerning the criminal justice system that would affect your ability to be a fair and impartial juror?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

38.     Do you have any opinions or beliefs concerning law enforcement in general – including, the Federal Bureau of Investigation or the Department of Justice – that would affect your ability to evaluate the evidence in this case fairly and impartially?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

39.     Have you, or has a family member or close friend, ever been a <u>witness</u> <u>to</u> or the <u>victim</u> <u>of</u> a crime?

❑ Yes (self)  ❑ Yes (friends/family)          ❑ No

If yes, **without listing any names,** please explain who was involved, when and where it occurred, what happened, the outcome, and whether anyone was arrested or convicted.

_____

_____

_____

_____

(a)     Do you feel that law enforcement personnel responded appropriately?

❑ Yes        ❑ No

If no, please explain.

_____

_____

_____

(b)     Would that experience affect your ability to be fair and impartial in this case?

❑ Yes        ❑ No

If yes, please explain.

_____

_____

_____

40.     Have you, a family member or close friend ever been stopped, questioned, investigated, arrested, prosecuted, or convicted of a crime, other than a traffic ticket, by any law enforcement officer or agency?

❑ Yes  (self)  ❑ Yes  (friends/family)        ❑ No

If yes, please describe the circumstances surrounding the investigation, accusation, any arrest/charges, the result of any prosecution and your relationship to the person(s) involved.

_____

_____

_____

Do you believe that the persons involved (or yourself, if applicable) were fairly treated in connection with such matter?

❑ Yes      ❑ No

If no, please explain your relationship to the person(s) involved and why you believe that you or the person(s) involved were not treated fairly.

_____

_____

_____

Did you form any opinions about or attitudes towards the criminal justice system because of that experience?

❑ Yes      ❑ No

If yes, please explain.

_____

_____

_____

Is there anything about any such experience that would affect your ability to fairly and impartially evaluate the evidence in this case?

❑ Yes      ❑ No

If yes, please explain.

_____

_____

_____

41. Have you, or any person close to you, ever been involved in a court proceeding, a grand jury proceeding, or any other legal proceeding as a plaintiff, defendant, victim or witness for any reason?

❑ Yes (self)      ❑ Yes (family)      ❑ Yes (other)      ❑ No

If yes, please explain: _____

_____

42.    Have you or a close friend or family member ever been in prison?

        ❏ Yes  (self)  ❏ Yes  (friends/family)     ❏ No

    If yes, please explain the circumstances:

_____

_____

    If yes, would this affect your ability to be fair and impartial in this case?

        ❏ Yes        ❏ No

    If yes, please explain:

_____

_____

43.    What is your primary source of news?

_____

44.    List with specificity any news sources (particular websites, newspapers, radio or television shows, magazines, websites, or web blogs) that you read, watch or listen to:

_____

_____

_____

45.    How often do you follow the news?

    ❏ Every day
    ❏ Almost every day
    ❏ Several times a week
    ❏ Several times a month
    ❏ Never

46.    What are your hobbies and special interests? What do you like to do in your spare time?

_____

_____

_____

47.  To which organizations do you belong, donate, or otherwise affiliate with?

_____

_____

Have you held any offices or positions of leadership?  ❏ Yes   ❏ No

If yes, please describe:

_____

_____

48.  What television programs do you enjoy watching?

_____

_____

_____

49.  What books, if any, have you recently read?

_____

_____

50.  What magazines, if any, do you regularly read?

_____

_____

51.  What recent criminal or civil trials, if any, have you followed in the media?

_____

_____

How, if at all, did your following of those trial(s) influence your opinion of the judicial system?

_____

_____

52.    You may hear testimony from or about the people and places listed on Attachment A during the trial.  Please turn to Attachment A at the end of this packet and circle the name of any person or place that you know <u>personally</u> or have or have had any <u>personal connection</u> with.

If you have such a connection, please explain.

_____

_____

_____

53.    Have you, or anyone close to you, ever had any legal action or dispute with the federal government, any state or local government, or any of their agencies, officers, agents, or employees?

❑ Yes          ❑ No

If yes, please describe the circumstances surrounding the dispute and your relationship to the person(s) involved.  **[Please do not list any names.]**

_____

_____

_____

54.    Have you, a family member or close friend ever filed a complaint with the police against anyone?

❑ Yes          ❑ No

If yes, please describe the circumstances surrounding the complaint

_____

_____

_____

55.    Would others describe you as open minded and willing to listen to and assess different viewpoints?

_____

_____

56.     Name the one person (living or dead) who is likely known to all of us who you admire over all others.

_____

57.     Is there anything about the nature of the charges in the indictment that would affect your ability to be fair and impartial and follow the Court's instructions?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

58.     Do you have any views or opinions about, or personal or business experiences with, the Middle East, the United Arab Emirates, the Kingdom of Saudi Arabia, the State of Qatar, or United States' foreign policy in the Middle East that would affect your ability to serve as a fair and impartial juror in this case?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

59.     This criminal trial may involve individuals and events associated with the 2016 U.S. Presidential Campaign of Donald J. Trump and the Trump Administration. Do you have any strong feelings about the 2016 U.S. Presidential Campaign of Donald J. Trump or the Trump Administration that would prevent you from being fair and impartial in a case involving individuals associated with those groups?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

60.     This criminal trial may involve individuals and events associated with the Special Counsel Office's investigation conducted by Robert Mueller. Do you have any strong feelings about the Special Counsel's Office or its investigation that would prevent you from being fair and impartial in a case involving individuals associated with that entity?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

61.     Do you know of any reason whatsoever why you could not, or should not, serve as a juror in this case?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

<u>LEGAL PRINCIPLES</u>

62.    The defendants are presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case and the law as the Court instructs, decides the government has proven their guilt beyond a reasonable doubt.  The burden of proving guilt rests entirely with the government.  The defendants have no burden of proof at all.

Will you accept and apply this rule of law?

❑ Yes          ❑ No

If no, please explain.

_____

_____

_____

63.    The indictment that was filed against the defendants is the means by which the government gives them notice of the charges against them and brings them before the court.  The indictment is an accusation, and nothing more.  The indictment is not evidence and the jury must not give it any weight in arriving at its verdict.

Will you accept and apply this rule of law?

❑ Yes          ❑ No

If no, please explain.

_____

_____

_____

64.     Can you accept that the defendants, at this moment, are presumed to be innocent of any and all crimes charged in this indictment and that they are presumed to be innocent of these charges throughout the course of this trial?

❑ Yes          ❑ No

If no, please explain.

_____

_____

_____

65.     Under the law, the facts are for the jury to determine and the law is for the judge to determine.  You are required to accept the law as the judge explains it to you, even if you do not like the law or disagree with it, and you must determine the facts according to those instructions.  Will you accept and apply this rule of law?

❑ Yes          ❑ No

If no, please explain.

_____

_____

_____

66.     It is the law that the testimony of a single witness can be sufficient to convict a defendant of a charged crime if the jury finds that the testimony of that witness established proof beyond a reasonable doubt.  Do you have any opinion or belief that would prevent you from applying this rule of law?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

67.     Some of the evidence in this case was obtained through the use of search warrants for individuals' email accounts, online file storage accounts, and other Internet activity. This evidence was obtained legally.  Do you have any feelings about the use of such evidence that would prevent you from being fair and impartial in this case?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

68.     The law does not require that any particular investigative techniques be used by law enforcement authorities to uncover or prosecute crime.  Do you believe that any particular type of evidence, such as forensic evidence or audio or video recordings, are required to prove a defendant guilty beyond a reasonable doubt? Would you have any difficulty in finding the defendant guilty if the government proved its case beyond a reasonable doubt without such evidence?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

69.     Under the law, a defendant need not testify or offer any evidence on his or her behalf.  If a defendant does neither, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty.

Will you accept and apply this rule of law?

❑ Yes          ❑ No

If no, please explain.

_____

_____

_____

70.     Several witnesses in this case will be law enforcement officers.  A law enforcement
        witness' testimony is not to be given any more or less weight than any other witness'
        testimony simply because that witness is a law enforcement officer.

        Will you accept and apply this rule of law?

                        ❑ Yes          ❑ No

        If no, please explain.

        _____

        _____

        _____

71.     At the conclusion of the case the Court will instruct you on the law and explain to you the
        elements of the crimes charged in the indictment.  Do you have any personal, religious,
        philosophical, political or other beliefs as to what the law is or should be that would make
        it difficult to follow the instructions of the Court or what would make it difficult for you to
        sit in judgment of another or lead you to render a verdict without regard to the law or the
        evidence?

                        ❑ Yes          ❑ No

        If yes, please explain.

        _____

        _____

        _____

72. The question of possible punishment of the defendants is of no concern to the jury and, pursuant to your oath as jurors, you cannot allow any consideration of the punishment that may be imposed upon the defendants, if they are convicted, to enter into or influence your deliberations in any sense or manner. The duty of imposing sentence rests exclusively upon the court. Will you be able to follow this rule without any difficulty?

❑ Yes ❑ No

If no, please explain.

_____

_____

_____

73. Under the law, emotions such as sympathy, bias and prejudice must not enter into the deliberations of the jurors as to whether the guilt of the defendants have been proven beyond a reasonable doubt. Will you be able to follow this rule without any difficulty?

❑ Yes ❑ No

If no, please explain.

_____

_____

_____

Do you have any bias, sympathy, or prejudice toward either the defendants or the government in this case?

❑ Yes ❑ No

If yes, please explain:

_____

_____

## MEDIA AND DISCUSSIONS OF THE CASE

74.     This case may receive media attention.  Will you be able to follow the Court's instruction that you are not to watch television, go on the Internet, including Facebook, Twitter, Instagram or blogs, and/or listen to or watch any media coverage regarding this case, that you are not to discuss the case with family or friends until the trial and your deliberations have concluded, that you are not to discuss the case with fellow jurors until time for deliberations, and that the only information you are permitted to consider is that which is presented in court?

❑ Yes          ❑ No

If no, please explain.

_____

_____

_____

75.     Will you be able to follow the Court's instruction that you are not to conduct your own research or investigation concerning any aspect of the case, including anything about the defendants, witnesses, attorneys, or the court, by using the Internet or any other research medium?

❑ Yes          ❑ No

If no, please explain.

_____

_____

_____

76.     Will you have any difficulty in not discussing the case with anyone, except with your fellow jurors in the jury room, <u>after</u> the judge directs you to begin your deliberations?

❑ Yes          ❑ No

If yes, please explain.

_____

_____

_____

77. If you were selected to serve on this jury, would you consider and respect the view of other jurors even if their views differed from yours, in accordance with the Court's instructions?

        ❑ Yes        ❑ No

If no, please explain:

_____

_____

_____

78. Have you, at any time, read, seen, heard, discussed, written or communicated anything about this case, or anyone connected to the case, in the newspapers, on television, through the internet, on social media, while listening to the radio, talking with other people or through any other source?

        ❑ Yes        ❑ No

Please describe <u>in detail</u> what you have read, seen, heard, or discussed about this case and the defendant, or anything else connected to the case including the source of information:

_____

_____

_____

_____

If yes, would the information you read, saw, or heard affect your ability to serve as an impartial juror in this case?

        ❑ Yes        ❑ No

If yes, please explain:

_____

_____

_____

## SCHEDULING AND HARDSHIP INFORMATION

Jury selection will begin on September 19, 2022. The Court and the parties estimate that after a jury is selected, this case will last no longer than five weeks, with the Court sitting Monday through Thursday. The trial day will be from 9:00 a.m. to 5:00 p.m.

Jury service is one of the highest duties and privileges of a citizen of the United States. Mere inconvenience or the usual financial hardships of jury service will not be sufficient to excuse a prospective juror.

Please complete the following:

80.　Do you have a serious hardship that you believe requires the Court to excuse you from jury service?

❑ Yes　　❑ No

If yes, please explain briefly the nature of the hardship:

_____

_____

_____

81.　What arrangements, if any, can you make to alleviate your hardship?

_____

82.　Will you be paid your salary while you serve jury duty?

❑ Yes　　❑ No　　❑ Not sure

83.　Do you have any personal, family, or professional obligations that you feel would seriously interfere with your ability to focus and concentrate as a juror in this case?

❑ Yes　　❑ No

If yes, please explain:

_____

_____

_____

84.    Are you taking any medication that could affect your ability to serve as a juror?

        ❑ Yes        ❑ No

If yes, please explain:

_____

_____

_____

**Additional Pages to Complete Responses to any Question**

## PLEASE NOTE THE NUMBER OF THE QUESTION YOU ARE ANSWERING

**Additional Pages to Complete Responses to any Question**

## PLEASE NOTE THE NUMBER OF THE QUESTION YOU ARE ANSWERING

**ATTACHMENT A**

A. <u>Defense Table – Thomas Joseph Barrack</u>
    1. Thomas Joseph Barrack
    2. Daniel Petrocelli, Esq.
    3. James Bowman, Esq.
    4. Randall Jackson, Esq.
    5. Michael Schachter, Esq.
    6. Samantha Miller, Esq.
    7. Steven Ballew, Esq.

B. <u>Defense Table – Matthew Grimes</u>
    1. Matthew Grimes
    2. Abbe Lowell, Esq.
    3. Sofia Arguello, Esq.
    4. Matthew L. Schwartz, Esq.
    5. Andrew Tauber, Esq.
    6. Christopher Man, Esq.
    7. Johanna Rae Hudgens, Esq.

C. <u>Government Table</u>
    1. Assistant U.S. Attorney Ryan Harris
    2. Assistant U.S. Attorney Samuel Nitze
    3. Assistant U.S. Attorney Hiral Mehta
    4. Assistant U.S. Attorney Craig Heeren
    5. Trial Attorney Matthew McKenzie
    6. FBI Special Agent Anthony Casola

D. <u>Possible Witnesses and Other Names Referenced at Trial</u>
    1. Abu Dhabi Investment Authority ("ADIA")
    2. Zainab Ahmad, Esq.
    3. Abdullah Al Ghafli
    4. Khalifa Ali Saeed Husain Al Ghafli
    5. Mohammed Al Ghafli
    6. Rashid Sultan Rashid Al Malik Alshahhi, also known as Rashid al Malik
    7. Khaldoon Al Mubarak
    8. Minister Abdullah bin Zayed Al Nahyan
    9. UAE President Mohamed bin Zayed Al Nahyan
    10. UAE National Security Advisor Tahnoon bin Zayed Al Nahyan
    11. Ali Saeed Al Neyadi
    12. UAE Ambassador Yousef Al Otaiba
    13. Yasir Al Rumayyan
    14. Ali Mohammed Bin Hammad Al Shamsi
    15. Saudi Arabian Crown Prince Mohammed bin Salman Al Saud

16. Andriana Albert
17. FBI Special Agent Jason Alberts
18. Ahmed Almehairbi
19. Gregory Andres, Esq.
20. FBI Special Agent Jacob Balog
21. Stephen Bannon
22. Courtney Beach
23. David Belford
24. Owen Blicksilver
25. Erin Burnett
26. Jonathon Burns, Esq.
27. FBI Special Agent Richard Busick
28. Justin Chang
29. FBI Special Agent Warren Chiu
30. Former Director of the National Economic Council Gary Cohn
31. Colony Advisors, LLC
32. Colony Capital, Inc.
33. Colony NorthStar, Inc.
34. Christine Dal Bello
35. Bruno Daddi
36. Dr. Christopher Davidson
37. Thomas Davis
38. DigitalBridge Group, Inc.
39. Clare Duan
40. Peter Eichler
41. Ted Elkin
42. Jon Farkas
43. Jon Finer
44. Karren Fink
45. Former National Security Advisor Michael Flynn
46. Paul Fuhrman
47. Marc Ganzi
48. Richard Gates
49. Ziad Ghandour
50. FBI Special Agent Walter Giardina
51. Jessica Gibbs
52. Rhona Graff
53. FBI Special Agent Nicholas Grimaldi
54. Jonathan Grunzweig
55. Ashley Hall
56. Donna Hansen
57. Miles Hansen
58. Rashid Haptoor
59. Robby Haugh
60. Mark Hedstrom

61. Howard Heiss, Esq.
62. Matthew Herrington, Esq.
63. Michael Higgins
64. Heather Hunt
65. Benjamin Jenkins
66. James Jeong
67. Dr. Eliot Kalter
68. Former Chief of Staff John Kelly
69. William Kelly
70. Former Secretary of State John Kerry
71. Jared Kushner
72. Dee Dee Lancaster
73. Robert Lowe
74. Cari Lutkins
75. DSS Special Agent Matthew Maguire
76. Paul Manafort
77. Allison Marckstadt
78. Isabelle Marsh
79. Former Secretary of Defense James Mattis
80. Former Deputy National Security Advisory K.T. McFarland
81. Former National Security Advisor H.R. McMaster
82. FBI Special Agent Tracee Mergen
83. Sean Misko
84. Former Secretary of State Steven Mnuchin
85. David Monahan
86. Mubadala Investment Company
87. George Nader
88. Whitney Nicholas
89. Alex Own
90. David Palame
91. Heidi Parsons.
92. Former Secretary of State Michael Pompeo
93. Bernard Pean
94. Walid Phares
95. Keith Phillips
96. Ramsey Ratcliffe
97. John Luke Reynolds
98. Daniel Rivetti
99. Charles Rose
100. Former Secretary of Commerce Wilbur Ross
101. Stephanie Ruhle
102. Erik Schatzker
103. Avery Schwartz
104. FBI Special Agent Elizabeth Sidaros
105. CBP Officer Egbert Simon

| | |
|---|---|
| 106. | FBI Forensic Accountant Grant Smith |
| 107. | Rocio Soler |
| 108. | Former U.S. Congressman Stephen Stockman |
| 109. | Sylvio Tabet |
| 110. | Former Secretary of State Rex Tillerson |
| 111. | Tobar Properties |
| 112. | Former President Donald J. Trump |
| 113. | Shawn Tully |
| 114. | Madeleine Westerhout |
| 115. | UAE Supreme Council for National Security |

E. <u>Possible Locations Referenced at Trial</u>

1. Abu Dhabi, United Arab Emirates
2. Al Bateen Executive Airport, Abu Dhabi, United Arab Emirates
3. 10580 Wilshire Boulevard, Los Angeles, California
4. Van Nuys Airport, Los Angeles, California
5. 1525 San Vicente Boulevard, Santa Monica, California
6. 1301 Constitution Avenue NW, Washington, District of Columbia
7. Kailua, Hawaii
8. Tangier Ibn Battouta Airport, Tangier, Morocco
9. Grand Hotel Villa de France, Tangier, Morocco
10. Tangier, Morocco
11. Teterboro Airport, Teterboro, New Jersey
12. 98 Meadowlark Lane, Bridgehampton, New York
13. 37 Ocean Avenue, East Hampton, New York
14. Francis S. Gabreski Airport, Westhampton Beach, New York
15. Dammam, Saudi Arabia
16. Riyadh, Saudi Arabia