```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                                            :   ORDER
                                          Plaintiff,        :
                                                            :   21-cr-371 (BMC)
              - against -                                   :
                                                            :
  AL MALIK ALSHAHHI, et al.,                                :
                                                            :
                                          Defendants.       :
                                                            :
                                                            :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

On June 9, 2022, the Government filed an *ex parte*, classified motion pursuant to Section 4 of the Classified Information Procedures Act (CIPA) as part of the official classified record. Upon thorough inspection of the motion and the attached exhibits, the Court discovered language regarding declarations by Governmental agencies indicating that these declarations must be returned following the Court's review and ruling.

It is ORDERED, in accordance with Section 4 of CIPA, that these declarations shall be sealed and preserved as Court records, to be made available to this Court and any appellate court in the event of an appeal. The declarations shall remain in the secure custody of the Court in consultation with the Classified Information Security Officer.

It is further ORDERED, in accordance with the Security Procedures promulgated under Section 9 of CIPA, that within a reasonable time after all proceedings in the case have been concluded, including appeals, the Court will release to the Classified Information Security Officer all materials containing classified information, including these declarations. The Classified Information Security Officer will then transmit the classified Court record to the

Department of Justice Security Officer to be maintained in accordance with approved storage procedures.

**SO ORDERED.**

                                                                                                               U.S.D.J.

Dated: Brooklyn, New York
        July 26, 2022