

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

SPN/RCH/HDM/CRH
F. #2018R01309

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 27, 2022

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Thomas Barrack, et al.
               Criminal Docket No. 21-371 (S-1) (BMC)

Dear Judge Cogan:

      Pursuant to the Court's Order of earlier today, the parties are respectfully submitting a joint proposed jury questionnaire that includes (1) questions the parties agree should be included in the questionnaire, (2) questions proposed by the defense and opposed by the government (highlighted in blue), and (3) questions proposed by the government and opposed by the defense (highlighted in yellow).

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

                By:    /s/
                       Ryan C. Harris
                       Samuel P. Nitze
                       Hiral D. Mehta
                       Craig R. Heeren
                       Assistant U.S. Attorneys
                       (718) 254-7000

cc:    Defense counsel (by Email and ECF)
       Clerk of the Court (BMC) (by Email and ECF)